LAW OFFICES OF
**JOSEPH M. LOVRETOVICH**
5941 VARIEL AVENUE
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
ELLEN E. COHEN, STATE BAR NO. 258131
JENNIFER A. LIPSKI, STATE BAR NO. 272443

Attorneys for Plaintiff Rose Carter

# UNITED STATES DISTRICT COURT

# FOR THE COUNTY OF EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE CARTER, an individual <br><br> Plaintiff, <br><br> vs. <br><br> WALGREEN CO., an Illinois Corporation; and DOES 1 through 100, inclusive <br><br> Defendants. | Case No. 2:11-cv-02076-LKK (JFM) <br> (Assigned for all purposes to the Hon. Lawrence K. Karlton, ) <br><br> **ORDER GRANTING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |

Upon reading and considering the Stipulation to Dismiss Complaint with Prejudice, IT IS HEREBY ORDERED THAT the entire action is hereby dismissed with prejudice, each party to bear their own costs and fees.

DATED: January 31, 2012

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

Law Offices of Joseph M. Lovretovich
5941 Variel Avenue
Woodland Hills, CA 91367
(818) 610-8800